UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

| | |
|---|---|
| **MARIA CANDELARIO** : | |
| *Plaintiff* : | CIVIL ACTION NO. 3:21-cv-01703 |
| : | |
| **V.** : | |
| : | |
| : | |
| : | |
| **WAL-MART STORES, INC.** : | |
| *Defendants* : | DECEMBER 23, 2021 |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendant, Wal-Mart Stores, Inc. ("Defendant") by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, hereby remove this action from the Superior Court, Judicial District of New Haven, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1.      The plaintiff, Maria Candelario ("Plaintiff"), commenced an action by service of process on December 2, 2021 against the Defendant in Connecticut state court entitled, *Maria Candelario v. Wal-Mart Stores, Inc.*, Docket No. NNH-CV22-6119623-S, and returnable to the Superior Court, Judicial District of New Haven. A copy of the referenced Summons and Complaint are attached hereto as <u>Exhibit A</u>.

2.      This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendant of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendant was served on or about December 2, 2021.

- 1 -

3. In the Complaint, the Plaintiff alleges a premises liability action against the Defendant and seeks unspecified damages. However, the Plaintiff alleges that she slipped and fell on the Defendant's premises and sustained "severe" injuries to her head, lumbar spine, and left hip. See Exhibit A, Complaint, at ¶ 5. The Plaintiff further alleges that she has been diagnosed with lumbar segmental dysfunction, suffers from muscle spasms, sleeplessness, and has experienced great anxiety and emotional distress as a result of the incident. Id. Plaintiff also alleges that she has incurred medical expenses for the foregoing injuries, including for diagnostic testing, medicine, physical therapy, and that she "will likely continue to incur" these expenses. Id. at ¶6. The Plaintiff further alleges that the foregoing claimed injuries "may be permanent in nature." Id. at ¶5. Plaintiff also alleges that as a result of her injuries, she suffers "an overall physical and mental discomfort" that "has imposed, and will likely continue to impose limitations on her ability to carry out and enjoy all of life's activities." Id. at ¶7. Based upon Plaintiff's allegations, the amount in controversy exceeds $75,000.00.

4. The Plaintiff resides in New Haven, Connecticut and alleges that she was injured at a Wal-Mart retail store in New Haven, Connecticut on the date alleged in the Complaint. Defendant Wal-Mart Stores, Inc. (n/k/a Walmart, Inc.), is a foreign corporation organized under the laws of the state of Delaware with a principal place of business in Bentonville, Arkansas.

Accordingly, there is complete diversity of citizenship between the Plaintiff and the Defendant.

5. The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

6.  This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

Dated this 23rd day of December, 2021.

                THE DEFENDANT

By: /s/ George C. Springer, Jr.
    George C. Springer, Jr. [ct03263]
    Michael D. Blumberg [ct28990]
    Rogin Nassau LLC
    185 Asylum Street, 22nd Floor
    Hartford, CT 06103-3460
    Tel: (860) 256-6380
    Fax: (860) 278-2179
    E-mail: gspringer@roginlaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was served electronically this 23rd day of December 2021 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Kristie M. Stutsky, Esq.
    Levy, Leff & DeFrank, P.C.
    129 Church Street, Suite 712
    New Haven Connecticut 06510

    /s/ George C. Springer, Jr.
    George C. Springer, Jr. [ct03263]

- 4 -

**ROGIN NASSAU LLC** • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov



☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| | |
|---|---|
| **Address of court clerk** (Number, street, town and zip code): 235 Church Street, New Haven, CT 06510 | **Telephone number of clerk**: (203) 503-6800 |
| **Return Date** (Must be a Tuesday): 01/25/2022 | |

☒ Judicial District    ☐ Housing Session    G.A. Number: ___    At (City/Town): New Haven

**Case type code** (See list on page 2): Major: T   Minor: 02

**For the plaintiff(s) enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code):
Kristie M. Stutsky, Esq., Levy, Leff & DeFrank, P.C., 129 Church Street, New Haven, CT 06510

**Juris number** (if attorney or law firm): 421222

**Telephone number**: (203) 777-6887

Signature of plaintiff (if self-represented): _____

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes   ☒ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed): _____

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: Candelario, Maria  Address: 170 James Street, New Haven, CT 06513 | P-01 |
| **Additional plaintiff** | Name:  Address: | P-02 |
| **First defendant** | Name: Wal-Mart Stores, Inc., 702 SW 8th Street, Bentonville, AR 72716  Address: Agent for Service: CT Corporation System, 67 Burnside Avenue, East Hartford, CT 06108-3408 | D-01 |
| **Additional defendant** | Name:  Address: | D-02 |
| **Additional defendant** | Name:  Address: | D-03 |
| **Additional defendant** | Name:  Address: | D-04 |

Total number of plaintiffs: 1    Total number of defendants: 1    ☐ Form JD-CV-2 attached for additional parties

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court  ☐ Clerk | Name of person signing: Kristie M. Stutsky, Esq. |
|---|---|---|---|
| 12/01/2021 | /s/ | | |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

**For Court Use Only**
File Date: _____

I certify I have read and understand the above:    Signed (Self-represented plaintiff): _____    Date: _____    Docket Number: _____

Page 1 of 2

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do not use this summons for the following actions:
   - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   - (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   - (c) Applications for change of name
   - (d) Probate appeals
   - (e) Administrative appeals
   - (f) Proceedings pertaining to arbitration
   - (g) Summary Process (Eviction) actions
   - (h) Entry and Detainer proceedings
   - (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION | MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Property | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 50 | Uninsured/Underinsured Motorist Coverage | | | |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 | | | |
| | C 90 | All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | | | | T 03 | Defective Premises - Private - Other |
| Eminent Domain | E 00 | State Highway Condemnation | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 12 | Defective Premises - Public - Other |
| | E 20 | Other State or Municipal Agencies | | T 20 | Products Liability - Other than Vehicular |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 28 | Malpractice - Medical |
| | E 90 | All other | | T 29 | Malpractice - Legal |
| | | | | T 30 | Malpractice - All other |
| Housing | H 10 | Housing - Return of Security Deposit | | T 40 | Assault and Battery |
| | H 12 | Housing - Rent and/or Damages | | T 50 | Defamation |
| | H 40 | Housing - Housing - Audita Querela/Injunction | | T 61 | Animals - Dog |
| | H 50 | Housing - Administrative Appeal | | T 69 | Animals - Other |
| | H 60 | Housing - Municipal Enforcement | | T 70 | False Arrest |
| | H 90 | Housing - All Other | | T 71 | Fire Damage |
| | | | | T 90 | All other |
| Miscellaneous | M 00 | Injunction | | | |
| | M 10 | Receivership | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 15 | Receivership for Abandoned/Blighted Property | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 20 | Mandamus | | V 05 | Motor Vehicles* - Property Damage only |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 40 | Arbitration | | V 09 | Motor Vehicle* - All other |
| | M 50 | Declaratory Judgment | | V 10 | Boats |
| | M 63 | Bar Discipline | | V 20 | Airplanes |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 68 | Bar Discipline - Inactive Status | | V 90 | All other |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | | |
| | M 83 | Small Claims Transfer to Regular Docket | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | M 84 | Foreign Protective Order | | W 90 | All other |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 | | | |
| | M 90 | All other | | | |

| | | |
|---|---|---|
| RETURN DATE: JANUARY 25, 2022 | : | SUPERIOR COURT |
| MARIA CANDELARIO | : | JUDICIAL DISTRICT OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| WAL-MART STORES, INC. | : | DECEMBER 1, 2021 |

## COMPLAINT

1. At all times stated herein, Defendant Wal-Mart Stores Inc. (hereinafter Wal-Mart) was a foreign corporation organized and existing under the laws of the State of Delaware and was registered to do business in Connecticut.

2. At all times stated herein, Defendant Wal-Mart operated, controlled, and/or maintained the premises located at 315 Foxon Boulevard in New Haven, Connecticut, where it operated a retail store.

3. On March 12, 2021, Plaintiff Maria Candelario was a patron and invitee at the store located at 315 Foxon Boulevard.

4. At that same date and time, Plaintiff was walking down an aisle when she was caused to slip and fall on a semi-clear substance that was left on the floor of the aisle.

5. As a result of her fall, Plaintiff sustained the following severe and painful injuries, some of which may be permanent in nature:

   a. Head Pain/headaches;

   b. Low Back pain/lumbar strain;

   c. Lumbar segmental dysfunction;

   d. Muscle spasms in the lower back;

   e. Left hip pain/hip strain;

   f. Sleeplessness; and/or

   g. Great anxiety and emotional distress.

6. As a result of her injuries, Plaintiff was forced to incur, and will likely continue to incur, expenses for medical treatment, diagnostic testing, medicine, physical therapy, and other related expenses, all to her financial loss.

7. As a further result of these injuries, Plaintiff has been caused to suffer an overall physical and mental discomfort that has imposed, and will likely continue to impose, limitations on her ability to carry out and enjoy all of life's other activities.

8. The plaintiff's fall was caused by the negligence of Defendant Wal-Mart in one or more of the following ways:

   a. IN THAT it knew or should have known that persons would be walking in the store aisles and that the substance on the floor created a dangerous condition for those persons, including the plaintiff;

*Levy, Leff & DeFrank, P.C.*
*129 Church Street, Suite 712, New Haven, Connecticut 06510*
*Telephone: (203) 777-6887   Facsimile: (203) 776-9448*

2

b. IN THAT it knew or should have known that the failure to remove the substance would result in injuries to persons walking in the aisles, including the Plaintiff;

c. IN THAT it failed to clean up or otherwise remove the dangerous condition after learning of its existence;

d. IN THAT it failed to adequately inspect the area to locate and discover the substance on the floor;

e. IN THAT it failed to block off or barricade the area or otherwise prevent people, such as the plaintiff, from walking in that area; and/or

f. IN THAT it failed to otherwise warn the plaintiff of the dangerous condition.

**WHEREFORE, Plaintiff claims monetary damages in excess of $15,000.00.**

THE PLAINTIFF,

By: *[signature]*
Kristie M. Stutsky, Esq.
LEVY LEFF & DEFRANK, P.C.
129 Church St., Suite 712
New Haven, CT 06510
Phone: 203-777-6887
Juris No. 421222

*Levy, Leff & DeFrank, P.C.*
*129 Church Street, Suite 712, New Haven, Connecticut 06510*
*Telephone: (203) 777-6887   Facsimile: (203) 776-9448*

3

RETURN DATE: JANUARY 25, 2022 : SUPERIOR COURT

MARIA CANDELARIO : JUDICIAL DISTRICT OF NEW HAVEN

VS. : AT NEW HAVEN

WAL-MART STORES, INC. : DECEMBER 1, 2021

## CLAIMS FOR RELIEF

Plaintiff claims the following relief:
1. Money damages;
2. Costs of action; and
3. Such other relief as may be appropriate.

THE PLAINTIFF,

BY: Kristie M. Sratsky, Esq.
LEVY LEFF & DEFRANK, P.C.
129 Church St., Suite 712
New Haven, CT 06510
Phone: 203-777-6887
Juris No. 421222

*Levy, Leff & DeFrank, P.C.*
*129 Church Street, Suite 712, New Haven, Connecticut 06510*
*Telephone: (203) 777-6887   Facsimile: (203) 776-9448*

4

| | |
|---|---|
| RETURN DATE: JANUARY 25, 2022 | : SUPERIOR COURT |
| MARIA CANDELARIO | : JUDICIAL DISTRICT OF NEW HAVEN |
| VS. | : AT NEW HAVEN |
| WAL-MART STORES, INC. | : DECEMBER 1, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand in this action, exclusive of interest and costs, exceeds FIFTEEN THOUSAND AND 00/100 DOLLARS ($15,000.00).

THE PLAINTIFF,

BY: *(signed)*
Kristie M. Stutsky, Esq.
LEVY LEFF & DEFRANK, P.C.
129 Church St., Suite 712
New Haven, CT 06510
Phone: 203-777-6887
Juris No. 421222

*Levy, Leff & DeFrank, P.C.*
*129 Church Street, Suite 712, New Haven, Connecticut 06510*
*Telephone: (203) 777-6887   Facsimile: (203) 776-9448*

5